LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-05913-BRO (PLAx) | Date | September 21, 2015 |
|---|---|---|---|
| Title | TRENA MURPHY V. OCWEN LOAN SERVICING, LLC ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:** (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO OPPOSE**

Pending before the Court is a motion to dismiss filed by Defendant Ocwen Loan Servicing, LLC. (Dkt. No. 10.) The motion seeks to dismiss each claim alleged in Plaintiff Trena Murphy's ("Plaintiff") Complaint, (Dkt. No. 1-1), and is currently set for a hearing on Monday, September 28, 2015, at 1:30 p.m. Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9.[1] Pursuant to Section 5 of this Court's Standing Order regarding the general requirements for motions, "opposition or reply papers due on a holiday must be filed the preceding Friday – not the following Tuesday." (Dkt. No. 14.) Labor Day, a federal holiday, fell on the twenty-first day prior to the scheduled hearing date in this case. Accordingly, Plaintiff's opposition was due no later than September 4, 2015. Yet as of today, Plaintiff has filed no opposition. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendant's motion. **Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to the motion, if any, shall be filed by no later than Friday, September 25, 2015, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose. Plaintiff's failure to file an opposition by this deadline may result in the granting of Defendant's motion. **The hearing on Defendant's motion is hereby continued to Monday, October 19, 2015, at 1:30 p.m.**

IT IS SO ORDERED.

---

[1] A copy of the Local Civil Rules is available at the United States District Court, Central District of California's website: https://www.cacd.uscourts.gov/court-procedures/local-rules.