JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 15-05913 BRO (PLAx) | Date | October 6, 2015 |
|---|---|---|---|
| Title | Trena Murphy v. Ocwen Loan Servicing, LLC et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

### ORDER RE DISMISSAL FOR LACK OF PROSECUTION

This action was removed to this court on August 5, 2015 (Dkt. No. 1).

On August 12, 2015 defendant Ocwen Loan Servicing LLC, filed a Motion to Dismiss Complaint for Failure to State a Claim upon which Relief can be Granted. (Dkt. No. 10).

On September 21, 2015, the Court issued an Order to Show Cause why the Court should not grant Defendant's motion for Plaintiff's failure to timely oppose. The Order specifically warned that Plaintiff's failure to file an opposition by this deadline may result in the granting of Defendant's motion. Plaintiff was to respond to the Court's Order to Show Cause no later than September 25, 2015 at 4:00 pm. To date, however, no opposition or response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause. The hearing set for October 19, 2015 is VACATED.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |